**No. 26-60123**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

---

**Tracy Miller Arnold,**

*Plaintiff - Appellant*

**v.**

**City of Guntown and Andrew Stuart,**

*Defendants-Appellees*

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Appellees, City of Guntown and Andrew Stuart, respectfully move this Court, under Rule 31.4(3)(2) of the Federal Rules of Appellate Procedure, for a level one extension of fourteen (14) days within which to file their brief on appeal:

1. On or about March 1, 2026, Appellant filed her Notice of Appeal.

2. Appellant filed her brief on June 10, 2026 after receiving a 30-day extension.

3. Appellees' brief is currently due on July 10, 2026.

4. Due to intervening deadlines and travel, Appellees respectfully request an additional fourteen (14) days to file their brief, making it due on or before July 24, 2026. Such matters include the -just concluded holiday weekend, recent summary judgment filings, and scheduled travel within the next week.

5. Appellees have not previously requested an extension and did not oppose Appellant's prior extension request.

6. Undersigned counsel has reached out to *pro se* Appellant to see whether this motion is opposed and has been informed it is unopposed.

For these reasons, Appellees request an extension of fourteen (14) days' time to file their brief in this matter, thereby making that brief due on or before July 24, 2026.

Dated: July 6, 2026.

Respectfully submitted,

BY: */s/ G. Todd Butler*

G. Todd Butler, MB #102907
Sonya Dickson, MB # 106284
PHELPS DUNBAR LLP
1905 Community Bank Way, Suite 200
Flowood, Mississippi 39232
Telephone: 601-352-2300
Facsimile: 601-360-9777
Email: todd.butler@phelps.com
sonya.dickson@phelps.com

# CERTIFICATE OF SERVICE

I, G. Todd Butler, certify that, on July 6, 2026, I electronically filed the foregoing *MOTION* with the Clerk of the Court using the CM/ECF system and e-mailed a copy to the following non-CM/ECF participant:

Tracy Miller Arnold
P.O. Box 864
Savannah, TN 38372
Tracy.knightswife@gmail.com

***Pro se Plaintiff***

SO CERTIFIED, the 6th day of July 2026.

/s/ *G. Todd Butler*
G. Todd Butler



PD\62825564.v1