# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 06, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-60123 Arnold v. City of Guntown
USDC No. 1:25-CV-24

The court has granted an extension of time to and including July 24, 2026 for filing appellee's brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

Christy Combel

By: _________________________
Christy M. Combel, Deputy Clerk
504-310-7651

Ms. Tracy Miller Arnold
Mr. Gregory Todd Butler
Ms. Sonya Dickson
Mr. Daniel B. McHugh